*E-Filed 4/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULES J. GARCIA, | No. C 10-0688 RS (PR) |
| Petitioner, | **ORDER DISMISSING ACTION** |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254.  Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by March 26, 2010, or face dismissal of the action.  Petitioner has filed an incomplete application, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, and a certificate of funds signed by an authorized prison officer.  Accordingly, the action is DISMISSED without prejudice.  Petitioner's motion to proceed IFP (Docket No. 7) is DENIED.

This order terminates Docket No. 7.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: April 1, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-0688 RS (PR)
ORDER OF DISMISSAL

1 **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2 Jules J. Garcia
V-63883
3 SALINAS VALLEY STATE PRISON (1020)
P.O. BOX 1020
4 SOLEDAD, CA 93960

6 DATED:  04/2/2010

8 <u>s/ Chambers Staff</u>
Chambers of Judge Richard Seeborg

11 * Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.